IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROOD,

    Petitioner,           No. 2:12-cv-0170 KJN P

    vs.

BUTTE COUNTY COURT,

    Respondent.         ORDER

_____/

      On February 8, 2012, this court directed petitioner, within thirty days, to complete and file an in forma pauperis affidavit or pay the appropriate filing fee. Petitioner was cautioned that failure to do so would result in the dismissal of this action. On March 7, 2012, this court received a letter from petitioner indicating that he had asked prison officials to release $5.00 from petitioner's prison trust account, for payment of the filing fee. However, no payment was included, and the request form submitted to prison officials does not indicate that petitioner's request was approved.

      Petitioner will be given one more opportunity to submit an application to proceed in forma pauperis, or pay the appropriate filing fee. Failure to timely comply with this order will result in a recommendation that this action be dismissed.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days after the filing date of this order, an affidavit in support of his request to proceed in forma pauperis, OR the $5.00 filing fee;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district; and

3. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rood0170.fifp.1.