IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROOD,

     Petitioner,          No. 2:12-cv-0170 KJN P

   vs.

BUTTE COUNTY COURT,

     Respondent.         ORDER

_____/

        This court has twice directed petitioner to submit a completed application to proceed in forma pauperis. (Dkt. Nos. 4, 8.) Petitioner has now submitted an application that includes the completion of questions directed to petitioner. However, the "certificate portion" of the application, which sets forth the average monthly balance in petitioner's prison trust account for the past six months, has not been completed by prison officials. While petitioner has, alternatively, attempted to incur a debt with the court for the filing fee ($5.00) (see Dkt. Nos. 7, 9), he states that officials at his place of incarceration, California State Prison-Corcoran ("CSP-COR"), have denied petitioner's request to complete the "certificate portion" of his in forma pauperis application. (See Dkt. No. 10 at 2.)

        Although officials at CSP-COR are not parties to this action, the undersigned requests the cooperation of the CSP-COR Litigation Office in completing, forthwith, the

"certificate portion" of petitioner's in forma pauperis application, and ensuring the submission of the completed certificate to the court.  Included with this order is a blank application form that petitioner should submit (together with a copy of this order) to prison officials.  Petitioner need not again complete the entire form (because his prior submission is adequate), but he must enter his name on the first page of the application before submitting it to the CSP-COR Litigation Office.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall, with the cooperation of CSP-COR officials, submit the completed "certificate portion" of his in forma pauperis application within fourteen days after the filing date of this order, or show cause why this is not possible; and

2. The Clerk of Court shall include with service of this order a Blank Application to Proceed in Forma Pauperis by a Prisoner.

DATED:  April 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rood0170.ord.re.cert.