IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROOD,

    Petitioner,      No. 2:12-cv-0170 KJN P

    vs.

BUTTE COUNTY COURT,

    Respondent.      <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, requests that this action be dismissed.  (<u>See</u> Dkt. No. 22.)

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED: August 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rood0170.vol.dsms.