IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROOD,

    Petitioner,                   No. 2:12-cv-0170 KJN P

    vs.

BUTTE COUNTY COURT,

    Respondent.               ORDER

_____/

       Petitioner, a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, requests that this action be dismissed. (See Dkt. No. 22.)

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED: August 23, 2012

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

rood0170.vol.dsms.