IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROOD,

    Petitioner,                    No. 2:12-cv-0170 KJN P

    vs.

BUTTE COUNTY COURT,

    Respondent.              ORDER

_____/

        Petitioner proceeds in forma pauperis and without counsel in this action, now closed, for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner moves to reopen this case (Dkt. No. 25), on the ground that the court inaccurately construed plaintiff's request to have his "cases" dismissed (Dkt. No. 22), and thus dismissed this action without prejudice (Dkt. No. 24).[1]  Petitioner explains that it was his intent to request that his "charges" be dismissed, specifically, his "charges" of "arson, escape by force, and great bodily injury," that underlie his petition for writ of habeas corpus.  (Dkt. No. 25.)

////

---

[1] Petitioner's two cases filed in this court, Case No. 12cv170 KJN P, and Case No. 12cv1750 CKD, were consolidated in the instant action.  (See Dkt. No. 19.)  Petitioner has consented to the jurisdiction of the magistrate judge for all purposes.  See 28 U.S.C. § 636(c); Local Rule 305(a). (See Dkt. No. 5.)

1

Although the court abides by its construction of petitioner's initial request, public policy favors resolution of cases on their merits. Therefore, the court will grant petitioner's request to reopen this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to reopen this action (Dkt. No. 25), is granted.

2. This court's order filed August 24, 2012 (Dkt. No. 24), is vacated.

3. Respondent is directed to file a response to petitioner's First Amended Petition for Writ of Habeas Corpus (Dkt. No. 20), within sixty days from the date of this order. See Rule 4, 28 U.S.C. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. § 2254.

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

SO ORDERED.

DATED: September 25, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rood0170.reopen