1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN ROOD,

11          Petitioner,                    No. 2:12-cv-0170 KJN[1] P

12        vs.

13   BUTTE COUNTY COURT,

14          Respondent.              ORDER TO SHOW CAUSE

15   _____/

16          Petitioner is a state prisoner, proceeding without counsel, with an application for

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 9, 2013, respondent filed a

18   motion to dismiss.  (Dkt. No. 30.)  Petitioner has not filed an opposition, or any other response,

19   to the motion.  Local Rule 230(l) provides in pertinent part:  "Failure of the responding party to

20   file written opposition or to file a statement of no opposition may be deemed a waiver of any

21   opposition to the granting of the motion . . . ."

22          Good cause appearing, IT IS HEREBY ORDERED that, within thirty days after

23   the filing date of this order, petitioner shall:  (1) show cause why his failure to timely oppose

24   respondent's January 9, 2013 motion to dismiss should not be deemed a waiver of opposition to

25   the motion; and (2) file an opposition; OR (3) file a statement of non-opposition to the motion.

26

---

[1] The parties have consented to the jurisdiction of the magistrate judge for all purposes.  28 U.S.C. § 636(c); Local Rule 305(a).  (See Dkt. Nos. 5, 23.)

1        Petitioner's failure to respond to this order, or to file an opposition to the pending

2  motion, shall result in dismissal of this action without prejudice.  Local Rule 230(l); Fed. R. Civ.

3  P. 41(b).

4  DATED:  March 1, 2013

5

6  _____
   KENDALL J. NEWMAN

7  UNITED STATES MAGISTRATE JUDGE

8    rood0170.46.osc.hc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26